JAMES N. PIDCOCK, appellant,

*v.*

JEREMIAH TUNISON, respondent.

On appeal from a decree advised by Advisory Master Gaston.

English v. Hendrickson.

*Mr. A. A. Clark* and *Mr. John P. Stockton*, Attorney-General, for appellant.

*Mr. J. N. Voorhees* and *Mr. H. B. Herr*, for respondent.

PER CURIAM.
This decree unanimously affirmed.